Jonathan Evans (State Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway
Suite 800
Oakland, CA. 94619
Ph: (510) 844-7118
Fax: (510) 844-7150
Email: jevans@biologicaldiversity.org

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, and CENTER FOR ENVIRONMENTAL HEALTH,** non-profit corporations,<br><br>Plaintiffs,<br>v.<br><br>**SCOTT PRUITT,**<br>in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:17-cv-03239<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and their members, no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or any publicly held corporation owning ten percent (10%) or more of its stock for the plaintiffs in this case.

Dated this day June 6, 2017,

/s/ Jonathan Evans
Jonathan Evans (State Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway
Suite 800
Oakland, CA. 94619
Ph: (510) 844-7118
Fax: (510) 844-7150
Email: jevans@biologicaldiversity.org

Counsel for Plaintiffs