IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. SCOTT PRUITT, <br><br> Defendant. | Case No. 17-cv-03239-MMC <br><br> **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On June 14, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of their complaint, filed June 6, 2017.

**IT IS SO ORDERED.**

Dated: June 19, 2017

MAXINE M. CHESNEY
United States District Judge