# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT PRUITT, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:17-cv-03239-MMC<br><br>[PROPOSED] ORDER APPROVING AUGUST 4, 2017 STIPULATION |

Before the Court is the parties' STIPULATION TO EXTEND ANSWER OR OTHER RESPONSIVE PLEADING DUE DATE, CONTINUE CASE MANAGEMENT CONFERENCE ("CMC"), [AND] APPEAR TELEPHONICALLY FOR THE CMC (Dkt. No. 18). Pursuant to stipulation and for good cause shown, **IT IS HEREBY ORDERED** that:

(1) Plaintiffs shall file an amended complaint by October 2, 2017;

(2) the deadline for Defendant's answer or other responsive pleading is reset to October 16, 2017;

(3) the deadline for the parties to file a case management statement currently set for September 1, 2017 is continued to October 20, 2017; and

(4) the initial CMC currently set for September 8, 2017 at 10:30 a.m. in Courtroom No. 7, 19th floor, San Francisco Federal Building is continued until October 27, 2017 at 10:30 a.m.

**IT IS FURTHER ORDERED** that all parties are hereby DIRECTED to appear telephonically at the October 27, 2017 initial Case Management Conference. The Clerk of Court shall initiate the call.

**IT IS SO ORDERED**.

DATED this __7th__ day of August, 2017.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE